# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNSET RIDGE OF BELLEVUE OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOLYOKE MUTUAL INSURANCE COMPANY IN SALEM, an Illinois Corporation COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:24-cv-00584<br><br>STIPULATION AND MOTION FOR EXTENSION OF DEADLINES<br><br>NOTE ON MOTION CALENDAR: JULY 10, 2024 |

The parties stipulate that since defendants COUNTRY Mutual Insurance Company and COUNTRY Casualty Insurance Company were not served with process until July 2, 2024, deadlines in the court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement should be extended as follows:

Initial Disclosures Pursuant to FRCP 26(a)(1)     8/23/2024

Combined Joint Status Report and Discovery Plan     8/30/2024

STIPULATION AND MOTION FOR EXTENSION OF DEADLINES – 1
061590.000002 1738894
NO.: 2:24-cv-00584

**REED McCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1   DATED this 11th day of July, 2024.

2                                               REED McCLURE

3

4
                                        By: /s/ Michael S. Rogers
5                                           Michael S. Rogers, WSBA #16423
                                            Attorney for Defendants Holyoke Mut. Ins. Co.
6                                           in Salem, COUNTRY Mutual Insurance
                                            Company and COUNTRY Casualty Insurance
7                                           Company
                                            1215 Fourth Avenue, Suite 1700
8                                           Seattle, WA  98161-1087
9                                           mrogers@rmlaw.com

10                                      By /s/ Cortney Feniello
                                            Justin D. Sudweeks, WSBA 28755
11                                          Daniel Stein, WSBA 48739
                                            Jerry Stein, WSBA 27721
12                                          Cortney Feniello, WSBA 57352
                                            Stein, Sudweeks & Stein PLLC
13                                          Attorneys for Plaintiff
                                            16400 Southcenter Pkway, Suite 410
14                                          Tukwila WA  98188
                                            206.388.0660 – Phone
15                                          206.286.2660 – Fax
16                                          cfeniello@condodefects.com

17

18

19   IT IS SO ORDERED.

20

21   DONE this  11th  day of  July        , 2024.

22

23                                               _____
                                                 HONORABLE JAMES L. ROBART
24

25

NOTE ON MOTION CALENDAR: – 2
061590.000002 1738894
NO.: 2:24-cv-00584

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152