HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNSET RIDGE OF BELLEVUE OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOLYOKE MUTUAL INSURANCE COMPANY IN SALEM, an Illinois Corporation COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:24-cv-00584-JLR<br><br>STIPULATION AND MOTION TO STAY ACTION<br><br>NOTE ON MOTION CALENDAR: August 8, 2024 |

Plaintiff Sunset Ridge of Bellevue Owners Association brings this action for declaratory judgment, bad faith, and violation of the Consumer Protection Act relating to claims under property insurance policies for alleged damage to exterior components of condominium buildings. Defendants COUNTRY Mutual Insurance Company and COUNTRY Casualty Insurance Company (collectively "Country") have not completed evaluation and determination of coverage for plaintiff's property damage claim. However, Plaintiff filed this suit in order to

STIPULATION AND MOTION
TO STAY ACTION – 1
061590.000002
NO.: 2:24-cv-00584-JLR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1  comply with the terms of the Country insurance policies at issue in this case. The parties jointly
2  acknowledge it is best for Country to complete its coverage evaluation before litigation proceeds.
3       The parties therefore stipulate that this action should be stayed through September 30,
4  2024.  Country's answer to the complaint should be due 14 days after the stay ends. The pending
5  deadlines in the court's Order Regarding Initial Disclosures, Joint Status Report and Early
6  Settlement should be extended.  The parties stipulate that Initial Disclosures Pursuant to FRCP
7  26(a)(1) shall be served no later than 21 days after the stay ends, and the Combined Joint Status
8  Report and Discovery Plan shall be filed no later than 28 days after the stay ends.
9       DATED this 8th day of August, 2024.

                                         REED McCLURE

                                         By: /s/ Michael S. Rogers
                                             Michael S. Rogers, WSBA #16423
                                             Attorney for Defendants Holyoke Mut. Ins. Co.
                                             in Salem, COUNTRY Mutual Insurance
                                             Company and COUNTRY Casualty Insurance
                                             Company
                                             1215 Fourth Avenue, Suite 1700
                                             Seattle, WA  98161-1087
                                             mrogers@rmlaw.com

                                         By /s/ Cortney Feniello
                                             Justin D. Sudweeks, WSBA 28755
                                             Daniel Stein, WSBA 48739
                                             Jerry Stein, WSBA 27721
                                             Cortney Feniello, WSBA 57352
                                             Stein, Sudweeks & Stein PLLC
                                             Attorneys for Plaintiff
                                             16400 Southcenter Pkway, Suite 410
                                             Tukwila WA  98188
                                             206.388.0660 – Phone
                                             206.286.2660 – Fax
                                             cfeniello@condodefects.com

STIPULATION AND MOTION
TO STAY ACTION – 2
061590.000002
NO.: 2:24-cv-00584 -JLR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

IT IS SO ORDERED.

DONE this  9th   day of   August        , 2024.

                                         HONORABLE JAMES L. ROBART

STIPULATION AND MOTION
TO STAY ACTION – 3
061590.000002
NO.: 2:24-cv-00584-JLR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152