HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNSET RIDGE OF BELLEVUE OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOLYOKE MUTUAL INSURANCE COMPANY IN SALEM, an Illinois Corporation COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:24-cv-00584-JLR<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 27, 2025 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

STIPULATED MOTION FOR DISMISSAL – 1
061590.000002 1809347
NO.: 2:24-cv-00584-JLR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1  DATED this 27th day of February, 2025.

2

3                                      By *s/ Michael S. Rogers*
                                           Michael S. Rogers, WSBA 16423
4                                          Reed McClure
                                           Attorneys for Defendants
5                                          1215 Fourth Avenue, Suite 1700
                                           Seattle WA 98161-1087
6                                          206.292.4900 – Phone
                                           206.223.0152 – Fax
7                                          mrogers@rmlaw.com

8

9
                                       By *s/Justin Sudweeks*
10                                         Jerry Stein, WSBA #27721
                                           Justin Sudweeks, WSBA #28755
11                                         Daniel Stein, WSBA #48739
                                           Cortney M. Feniello, WSBA #57352
12                                         Stein, Sudweeks & Stein PLLC
                                           Attorneys for Plaintiff
13                                         16400 Southcenter Pkway, Suite 410
                                           Tukwila WA  98188
14                                         206.388.0660 – Phone
                                           206.286.2660 – Fax
15                                         cfeniello@condodefects.com

16

17

18  IT IS SO ORDERED.

19

20  DONE this 28th day of February, 2025.

21

22

23                                      _____
                                        HONORABLE JAMES L. ROBART

24

25

STIPULATED MOTION FOR DISMISSAL – 2
061590.000002 1809347
NO.: 2:24-cv-00584-JLR

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152